IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DARWYNA C. BULL SHOWS,<br><br>　　　　Defendant. | CR 22-44-BLG-SPW<br><br>ORDER |

Upon the Defendant's Motion for Early Termination of Supervised Release (Doc. 105), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Darwyna C. Bull Shows's supervised release is terminated as of the date of this Order.

The Clerk shall notify the parties and the U.S. Probation Office of the making of this Order.

DATED this 22nd day of October, 2024.

　　　　　　　　　　　　　　　　　_/s/ Susan P. Watters_
　　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　　United States District Judge